UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rita Mulcahy,

Civ. File No. 02-791 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Cheetah Learning LLC and
Michelle LaBrosse

Defendants.

---

This matter is before the Court on Defendant's Expedited Motion to Continue Hearing on Plaintiff's Motion for a Preliminary Injunction or Temporary Restraining Order. Defendants request that this Court enlarge the time for responding to Plaintiff's Motion for a Preliminary Injunction or a Temporary Restraining Order. Defendants represent that they are unable to adequately research and gather the necessary information to defend against Plaintiff's allegations by the hearing currently scheduled for April 30, 2002.

The Court finds that good cause has been shown, and therefore, **IT IS HEREBY ORDERED** that Defendant's Expedited Motion to Continue Hearing on Plaintiff's Motion for a Preliminary Injunction or Temporary Restraining Order is **GRANTED**. The hearing is hereby rescheduled to 9:00 a.m. on Friday, May 3, 2002.

Dated: April 29, 2002

Paul A. Magnuson
United States District Court Judge

FILED APR 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK