# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Rita Mulcahy,

v.

Cheetah Learning LLC., et la.,

**PRETRIAL CONFERENCE**

**Case Number Civ. 02-791 PAM/RLE**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Wednesday, July 17, 2002 @ 1:30 PM., for a Rule 16 Pretrial Conference.**

Dated: July 9, 2002

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Susan Robiner
Christopher Larus
Michael Collyard

JUL 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK