**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil File No. 02-791 (PAM/RLE)

RITA MULCAHY,

Plaintiff,

vs.

**STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION**

CHEETAH LEARNING LLC AND MICHELLE LABROSSE,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

WHEREAS, the Court entered an Order dated May 11, 2002 granting plaintiff Rita Mulcahy's Application for a Temporary Restraining Order and temporarily restraining defendants Cheetah Learning LLC and Michelle LaBrosse from using, publicly displaying, selling or otherwise distributing any version or parts of the Cheetah Candidate Notetaker for 90 days following the date of the order; and

WHEREAS, the parties have engaged in discussions aimed at resolving issues related to an injunction pending a resolution of this case; and

WHEREAS, the parties to the above-captioned matter, through their counsel, have stipulated to the entry of the following Order for Preliminary Injunctive Relief;

IT IS HEREBY ORDERED that:

1. Defendants Cheetah Learning LLC and Michelle LaBrosse are enjoined from using, publicly displaying, selling or otherwise distributing any version or parts of the Cheetah Candidate Notetaker pending a resolution of this case or until further order of this Court;

AUG 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

30304690.1

2. The Court does not enjoin at this time the use of any other materials used in the Cheetah Accelerator Course;

3. In the event that the Court grants the Defendants' pending motion to dismiss, this Order shall have no binding effect on the dismissed Defendant(s);

4. As a condition precedent to this Stipulated Injunction, the Plaintiff will not issue any press releases, advertisements, e-mailings, Internet web site postings or otherwise publicize the preliminary injunction granted pursuant to this Stipulation and Order.

Dated: 8/13/02

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Susan M. Robiner (#168609)
Rita O'Keeffe (# 306873)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR PLAINTIFF RITA MULCAHY**

Dated: 8/14/02

FULBRIGHT & JAWORSKI, LLP

Christopher K. Larus (#226828)
Michael A. Collyard (#302569)
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402
Telephone: (612) 321-2800

**ATTORNEYS FOR DEFENDANTS CHEETAH LEARNING, LLC**

30304690.1

**AND MICHELLE LABROSSE**

BY THE COURT:

Dated: August 15, 2002

Paul A. Magnuson
United States District Court Judge

30304690.1