UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Rita Mulcahy,

Plaintiff,

vs. MINUTE ORDER

Cheetah Learning LLC
and Michelle Labrosse,

Defendants. Civ. No. 02-791 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of October, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge upon the Plaintiff's Motion for an Extension of Time to Move and File an Amended Complaint, as well as her Motion for Leave to File an Amended Complaint. The Defendants do not oppose the Motions, and finding good cause for the Motion to Extend, we grant that Motion, and since it does not appear that the Motion to Amend is either futile, or for purposes of delay, we also grant that Motion.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's Motion for an Extension of Time to Move to File an Amended Complaint [Docket No. 44] is GRANTED

FILED OCT 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Plaintiff's Motion for Leave to File an Amended Complaint [Docket No. 46] is GRANTED, and the Plaintiff is directed to file, forthwith, her Amended Complaint, in the form, and with the content, of that contained in her Motion papers.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE