**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil File No. 02-791 (PAM/RLE)

RITA MULCAHY,

Plaintiff,

**STIPULATION AND ORDER FOR MODIFIED PRETRIAL SCHEDULE**

vs.

CHEETAH LEARNING LLC AND
JEFF SCHURRER

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

WHEREAS, the Court entered an Order dated July 18, 2002 setting a Pretrial Schedule; and

WHEREAS, the parties have endeavored in good faith to comply with the terms of that schedule but have been unable to do so due to the unavailability of certain witnesses and counsel, which has precluded the timely completion of depositions; and

WHEREAS, the parties wish to obtain a minimal extension of the remaining dates set forth on the Court's Pretrial Schedule so as to allow for the orderly completion of discovery and submission of any dispositive motions; and

WHEREAS, the parties to the above-captioned matter, through their counsel, have stipulated to the entry of the following Order for Modified Pretrial Schedule;

IT IS HEREBY ORDERED that:

1. Those deadlines which have passed as of the date of the filing of this Stipulation and Order shall remain in effect and unchanged by this Stipulation and Order;

FILED FEB 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

2. The period during which the parties may conduct discovery shall terminate on March 25, 2003.

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to March 25, 2003. All non-dispositive motions shall be scheduled for hearing by calling Vicki Miller, Secretary for Magistrate Judge Raymond L. Erickson. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a). A total of fifteen minutes will be allotted to each party who appears to present argument on the motion. The moving party may reserve up to five minutes for rebuttal. No discovery motions shall be heard unless the moving party files with the motion the statement required by Local rule 37.1 and complies with the requirements of Local Rule 37.2;

4. No more that 25 Interrogatories (counted in accordance with Fed. R. Civ. Pro. 33) shall be served by any party;

5. No more than six depositions (excluding expert depositions) shall be taken by any party without prior order of the court;

6. The parties do contemplate taking expert depositions. No more than two experts may be deposed by any party without prior order of the court;

7. Each party shall fully supplement all discovery responses every 90 days as such information becomes known. Any evidence responsive to a discovery request which has not been disclosed before the trial date, except for good cause shown shall be excluded from evidence at trial;

8. All dispositive motions shall be served, filed and fully briefed prior to June 6, 2003. All dispositive motions shall be scheduled, filed and served in compliance with Local

Rule 7.1(b). Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive motion on the calendar;

9. This case shall be ready for trial on August 1, 2003, at which time the case will be placed on the court's August trial calendar.

Dated: 2/19/03

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

Rita O'Keeffe

Susan M. Robiner (#168609)
Rita O'Keeffe (# 306873)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR PLAINTIFF RITA MULCAHY**

Dated: February 19, 2003

FULBRIGHT & JAWORSKI, LLP

Christopher K. Larus (#226828)
Michael A. Collyard (#302569)
225 South Sixth Street, Suite 4850
Minneapolis, MN 55402
Telephone: (612) 321-2800

**ATTORNEYS FOR DEFENDANTS CHEETAH LEARNING, LLC AND JEFF SCHURRER**

**ORDER**

SO ORDERED.

BY THE COURT:

Dated: February 20, 2003

Paul A. Magnuson
United States District Court Judge