UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rita Mulcahy, Civ. File No. 02-791 (PAM/RLE)

Plaintiff,

v. **ORDER**

Cheetah Learning LLC and
Jeff Schurrer,

Defendants.

---

Defendants seek permission of the Court pursuant to Local Rule 7(g) to file a motion for reconsideration of this Court's Order of July 29, 2003. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R. 7(g).

Defendants have failed to show the "compelling circumstances" necessary to receive permission to file a motion for reconsideration. Accordingly, **IT IS HEREBY ORDERED** that Defendants' request for permission to file a Motion for Reconsideration is **DENIED**.

Dated: August 4, 2003

Paul A. Magnuson
United States District Court Judge

AUG 04 2003