UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RITA MULCAHY, CIVIL NO. 02-791 (DWF)

Plaintiff,

v. ORDER OF RECUSAL

CHEETAH LEARNING LLC, et al.,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: November 18, 2004

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge