AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Rita Mulcahy

V.

Cheetah Learning LLC et al.

## NOTICE

CASE Civil 02-791 DWF/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
| --- | --- |
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W |
| | DATE AND TIME<br>December 13, 2004 at 3:00 p.m. |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
| --- | --- | --- |
| | | |

Franklin L. Noel
United States Magistrate Judge

November 24, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Rita A. O'Keefe, Esq. & Susan M. Robiner, Esq.
Leonard, Street & Deinard

Christopher K. Larus, Esq. & Hetal Dalal, Esq.
Fulbright & Jaworski

Michael A. Collyard, Esq.
Robins, Kaplan, Miller & Ciresi