ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

MICHAEL A. COLLYARD
(612) 349-0975

November 24, 2004

Clerk of Court
United States District Court
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

RECEIVED
BY MAIL

NOV 26 2004

CLERK US DIST COURT
MINNE...

Re: Mulcahy v. Cheetah Learning LLC, et al.
Case Number 0:02-cv-791 DWF/FLN

Dear Clerk:

In reference to the above captioned matter, I am receiving notices from the court via the ECF system. I was formerly employed at Fulbright & Jaworski LLP and have moved to Robins, Kaplan, Miller & Ciresi L.L.P. I am no longer involved in the referenced matter. Accordingly, please cause my name to be removed from the service list in this matter.

Thank you for your assistance in this matter.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael A. Collyard

MAC/dl

SCANNED
NOV 24 2004
U.S. DISTRICT COURT MPLS