AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Rita Mulcahy

V.

Cheetah Learning, et al.

## NOTICE

CASE Civil 02-791 DWF/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W<br>DATE AND TIME |

TYPE OF PROCEEDING

Case Management Conference

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Mpls. | December 13, 2004-3:00 pm | January 25, 2005 at 9:45 a.m. |

Franklin L. Noel
United States Magistrate Judge

December 9, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Susan M. Robiner, Esq.
Leonard, Street & Deinard

Christopher K. Larus, Esq.
Fulbright & Jaworski

Peter Lancaster, Esq.
Dorsey & Whitney