UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RITA MULCAHY,

Plaintiff,

v.

CHEETAH LEARNING LLC and JEFF SCHURRER,

Defendants.

Civil File No. 02-cv-00791

**SUBSTITUTION OF COUNSEL**

Peter M. Lancaster of Dorsey & Whitney LLP shall be substituted for Christopher K. Larus of Fulbright & Jaworski L.L.P. as counsel for defendants Cheetah Learning, LLC and Jeff Schurrer in this action, and shall accept service of papers hereafter served and filed in this case.

DORSEY & WHITNEY LLP

Dated: December 10, 2004.

By s/Peter M. Lancaster
Peter M. Lancaster #0159840
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-7811

FULBRIGHT & JAWORSKI L.L.P.

Dated: December 13, 2004.

By s/Christopher K. Larus
Christopher K. Larus (#226828)
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 321-2800