IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Rita Mulcahy v. Cheetah Learning LLC, et al.
Civil File No. 02-CV-00791

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2004, I caused the following documents:

**Substitution of Counsel**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Hetal Dalal
hdalal@fulbright.com prabago@fulbright.com

Christopher K Larus
clarus@fulbright.com klapic@fulbright.com

Rita A O'Keeffe
rita.okeeffe@leonard.com louise.currey@leonard.com

Susan M Robiner
susan.robiner@leonard.com lee.heaner@leonard.com

Dated: December 15, 2004.

By: s/Deanna Bianchi-Rossi
Deanna Bianchi-Rossi