# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL PRETRIAL CONFERENCE

Rita Mulchay
Plaintiff,
v.

Cheetah Learning et al.
Defendants.

**COURT MINUTES**
Case Number: 02-791 DWF/FLN

| | |
|---|---|
| Date: | January 25, 2005 |
| Court Reporter: | n/a |
| Time Commenced: | 9:45 a.m. |
| Time Concluded: | 10:00 am. |
| Time in Court: | 15 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Susan Robiner

For Defendant: Peter Lancaster;
Jim Steffen for Project Management Institute

A. DESCRIPTION OF THE CASE

1. Nature of the case: Copyright case; plaintiff claims infringement of plaintiff's copyright in test prep book;
Plaintiff obtained SJ, 8th Circuit reversed for fact issues

2. Legal and factual issues:

a) Liability: ____________________

b) Damages: ____________________

B. THE PLEADINGS

1. All filed? _____Yes____________________

   a. Anticipated amendments? _Yes_______

   b. Additional parties? __Yes_______

2. Jury demand:

   a. yes ☐ no ☐

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses _________________________

   b. Punitive damages motion _________________________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories _______________
   b) Depositions _______________
   c) Requests for Admission ______
   d) Document Requests _________
   e) Rule 35 Medical Exam ______
   f) Other **The parties will schedule private mediation to occur as soon as reasonably possible. If the case has not settled by May 1, 2005, the parties shall meet and confer and submit to the Court a Rule 26(f) report and shall be filed by May 5, 2005. A follow-up scheduling conference will be set.**

2. Pre-Discovery Disclosures _________________

3. Discovery cut-off _______________________

4. Other deadlines ______________________________________________________________

5. Experts: YES ☐ NO ☐

   a. Identity ____________________________________
      Plaintiff _____________ Defendant ___________

   b. Substance of Testimony ________________________
      Plaintiff _____________ Defendant___________

   c. Depositions; Number _______; Date ______________

D. MOTIONS

1. Non-dispositive ______________________________

2. Dispositive ______________________________

E. TRIAL READINESS

a. Estimated Trial Time: ______________________

b. Trial Ready Date: ______________________

s/Franklin L. Noel
U. S. Magistrate Judge