UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RITA MULCAHY,**

**Plaintiff,**

**vs.**

**CHEETAH LEARNING LLC,**

**Defendant.**

**Civil Action No. 02-791 (PAM/JGL)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2005, I caused the following document:

Amended Rule 26(f) Report

to be served via e-mail on the following:

- **Peter McCreery Lancaster**
  lancaster.peter@dorsey.com bianchi-rossi.deanna@dorsey.com

Dated: May 12, 2005

s/Rita A. O'Keeffe
Rita A. O'Keeffe