AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Rita Mulcahy

V.

Cheetah Learning LLC

## NOTICE

CASE 02-791 DWF/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W |
| | DATE AND TIME<br>June 10, 2005 at 9:00 a.m. |

TYPE OF PROCEEDING

Follow-up Rule 16 pretrial conference

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | | |

Franklin L. Noel
United States Magistrate Judge

May 18, 2005
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Susan M. Robiner, Esq. & Rita A. O'Keeffe, Esq.
Leonard, Street & Deinard

Peter M. Lancaster, Esq.
Dorsey & Whitney