# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL PRETRIAL CONFERENCE

Rita Mulcahy

Plaintiff,

v.

Cheetah Learning

Defendant.

**COURT MINUTES**
Case Number: 02-791 DWF/FLN

| | |
|---|---|
| Date: | June 10, 2005 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:20 a.m. |
| Time in Court: | 20 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Susan Robiner

For Defendant: Peter Lancaster
PMI - James Steffen

A. DESCRIPTION OF THE CASE

1. Nature of the case: copyright case

2. Legal and factual issues:

a) Liability: ____

b) Damages: Plaintiff seeks injunctive relief

B. THE PLEADINGS

1. All filed? Yes

   a. Anticipated amendments? Yes

   b. Additional parties? Yes

2. Jury demand:

   a. yes ☒ no ☐

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses ________________________

   b. Punitive damages motion ________________________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories 5
   b) Depositions 2
   c) Requests for Admission n/a
   d) Document Requests 5
   e) Rule 35 Medical Exam n/a
   f) Other ____________________

2. Pre-Discovery Disclosures ________________

3. Discovery cut-off 10/1/05

4. Other deadlines ____________________

5. Experts: YES ☒ NO ☐

   a. Identity ____________________
      Initial 10/1/05 Rebuttal 11/1/05

   b. Substance of Testimony ____________________
      Initial 10/1/05 Rebuttal 11/1/05

   c. Depositions; Number 2; Date 12/1/05

D. MOTIONS

1. Non-dispositive 12/1/05

2. Dispositive 1/1/06

E. TRIAL READINESS

a. Estimated Trial Time: unknown; depending on whether PMI intervenes

b. Trial Ready Date: 2/1/06

Settlement conference scheduled for June 20, 2005 at 2:00 p.m.

s/Franklin L. Noel
U. S. Magistrate Judge