UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rita Mulcahy, Civil No. 02-791 DWF/FLN

Plaintiff,

v. PRETRIAL SCHEDULE

Cheetah Learning, et al.,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All discovery shall be commenced in time to be completed by October 1, 2005.

b. No more than 5 interrogatories, including all discrete subparts, shall be served by any party.

c. No more than 5 Document Requests shall be served by any party.

d. No more than 2 depositions shall be taken by any party.

e. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2005. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before October 1, 2005, with respect to initial experts.

2) By all parties on or before November 1, 2005, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before October 1, 2005, with respect to initial expert reports.

2) By all parties on or before November 1, 2005, with respect to rebuttal expert reports.

c. Each party may depose no more than 2 expert witnesses on or before December 1, 2005.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and the hearing thereon completed by January 1, 2006.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist at 651-848-1296.

c. All dispositive motions shall be filed and served in compliance with Local Rule 7.1.

4. Trial

a. This case shall be ready for trial no later than February 1, 2006, at which time it will be placed on the court's jury trial calendar.

b. Length of trial depends on whether PMI intervenes.

DATED: June 14, 2005.

*s/ Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge