UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RITA MULCAHY,

Plaintiff,

v.

CHEETAH LEARNING LLC and JEFF SCHURRER,

Defendants.

Civil File No. 02-cv-00791(DWF/FLN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that this matter be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party bearing its own costs and attorney fees.

In connection with this Stipulation of Dismissal, the parties further stipulate and agree that The Project Management Institute's copyrights in *A Guide to the Project Management Body of Knowledge* (1996 and 2000 Editions) (Txu-742-914 and TX-5-469-457) and *The Principles of Project Management* (1997) (TX-4-558-441) are valid, subsisting and enforceable and that The Project Management Institute owns all rights, title and interest in *A Guide to the Project Management Body of Knowledge* (1996 and 2000 Editions) and *The Principles of Project Management* (1997).

The parties further stipulate and agree that the Court order the return of the Preliminary Injunction Bond in the amount of $10,000 which was posted by Mulcahy on May 14, 2002.

LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION

Dated: June 27, 2005.

By s/ Rita A. O'Keeffe

Susan M. Robiner #168609
Rita Anne O'Keeffe # 306873
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

***Attorneys for Plaintiff***

DORSEY & WHITNEY LLP

Dated: June 27, 2005.

By s/ Peter M. Lancaster

Peter M. Lancaster #0159840
50 South Sixth Street
Suite1500
Minneapolis, MN 55402
Telephone: (612) 340-7811

***Attorneys for Defendants***