UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**RITA MULCAHY,**

**Plaintiff,**

**vs.**

**CHEETAH LEARNING LLC and JEFF SCHURRER,**

**Defendants.**

**Civil Action No. 02-791 (DWF/FLN)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I caused the following document:

Stipulation of Dismissal With Prejudice

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Peter McCreery Lancaster**
lancaster.peter@dorsey.com bianchi-rossi.deanna@dorsey.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge:

frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

**Peter McCreery Lancaster**
lancaster.peter@dorsey.com

Dated: June 28, 2005

s/Rita A. O'Keeffe
Rita A. O'Keeffe

2638462v1