**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RITA MULCAHY,

Plaintiff,

v.

CHEETAH LEARNING LLC and JEFF SCHURRER,

Defendants.

Civil No. 02-791(DWF/FLN)

**ORDER**

---

Rita A. O'Keefe, Esq., and Susan M. Robiner, Esq., Leonard Street and Deinard, counsel for Plaintiff.

Peter M. Lancaster, Esq., Dorsey & Whitney LLP, counsel for Defendants.

---

Based upon the stipulation of the parties (Doc. No. 118),

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall release the Preliminary Injunction Bond in the amount of $10,000 which was posted by Rita Mulcahy on May 14, 2002 to Rita Mulcahy or her duly authorized representative.

Dated: June 28, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court