Fri Jul 8 15:31:48 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 285021
Cashier sheri

DWF/FLN

Tender Type CHECK

Check Number: 1015

Transaction Type C

Case No./Def No. 0:02-CV-00791 / 0

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 510100 |

Amount $ 29.22

RITA MULCAHY 0:02-CV-791

REGISTRY ADMINISTRATION FEE

SCANNED
JUL 08 2005
U.S. DISTRICT COURT MPLS